**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendants,
COUNTY OF LAKE, CAPTAIN NORM TAYLOR,
SHERIFF BRIAN MARTIN, OFFICER HANK COMSTOCK,
and SERGEANT FRANKLIN GUDMUNSON

| | |
|---|---|
| Michael D. Green, Esq.<br>Brian G. Lance, Esq.<br>Amanda Gernhardt, Esq.<br>**Abbey, Weitzenberg, Warren & Emery, P.C.**<br>100 Stony Point Road, Suite 200<br>Santa Rosa, CA  95402-1566<br>Telephone: (707) 542-5050<br>Fax: (707) 542-2589<br>mgreen@abbeylaw.com<br>blance@abbeylaw.com<br>agernhardt@abbeylaw.com<br><br>Attorneys for Plaintiff,<br>BRANDI MARTIN | Jerome M. Varanini, Esq.<br>**The Law Offices of Jerome M. Varanini**<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA  95825<br>Telephone: (916) 993-4868<br>Fax: (916) 993-6750<br>jvaranini@tsvlaw.com<br><br>Attorneys for Defendants,<br>WELLPATH MANAGEMENT, INC.,<br>CALIFORNIA FORENSIC MEDICAL<br>GROUP, INC. ("CFG"), RAYMOND<br>HERR, M.D., STACIE SPECIALS, JUDY<br>ROBERTS, EMMA ELWOOD, and<br>ERIL UDARBE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDI MARTIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE, LAKE COUNTY<br>SHERIFF'S DEPARTMENT, CALIFORNIA<br>FORENSIC MEDICAL GROUP, INC.,<br>WELLPATH MANAGEMENT, INC.,<br>RAYMOND HERR, M.D., SHERIFF<br>BRIAN MARTIN, CAPTAIN NORM<br>TAYLOR, OFFICER HANK COMSTOCK,<br>SARGEANT FRANKLIN GUDMUNSON,<br>OFFICER ERIL UDARBE, STACIE<br>SPECIALS, JUDY ROBERTS, EMMA<br>ELWOOD, and DOES 1-50,<br><br>                    Defendants. | Case No. 3:20-cv-05697-EMC<br><br>~~[PROPOSED]~~ **ORDER FOR MODIFICATION OF PRETRIAL DEADLINES** |

_____
Page 1
~~[PROPOSED]~~ ORDER FOR MODIFICATION OF PRETRIAL DEADLINES

1. Having read and considered the stipulation of the parties and good cause appearing therefore, the court hereby modifies the court's PRETRIAL DEADLINES.

The court's order is modified as follows:

| ACTIVITY | ~~PROPOSED~~ MODIFIED DATE |
|---|---|
| Mediation Completion | 2/28/22 |
| Fact Discovery Completion | 3/28/22 |
| Expert Reports | 5/15/22 |
| Rebuttal Expert Reports | 6/15/22 |
| Close of Expert Discovery | 7/15/22 |
| Hearing on Dispositive Motions | ~~8/22/22~~   **8/4/22 at 1:30 p.m.** |
| Pretrial Conference (Remains Unchanged) | 10/11/22 |
| Trial Date (Remains Unchanged) | 11/7/22 |

IT IS SO ORDERED.

DATED: January 18, 2021          By: _____
                                      United States District Court Judge

_____
Page 2
[PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL DEADLINES