# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 8, 2022     **Time:** 3:44-3:45     **Judge:** EDWARD M. CHEN
1 Minute

**Case No.:** 20-cv-05697-EMC     **Case Name:** Martin v. County of Lake

**Attorney for Plaintiff:** Brian Lance
**Attorney for Defendants:** Mark Berry

**Deputy Clerk:** Vicky Ayala     **Digital Reporter:** Zoom Webinar Time: 3:44-3:45

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

Parties are scheduled for a Mediation on February 28, 2022.

Parties are scheduled for trial.  Fact discovery closes at the end of March.