MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
BRIAN G. LANCE, ESQ., SBN 300227
blance@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
Santa Rosa, CA  95402-1566
Telephone:  707-542-5050
Facsimile:  707-542-2589

Attorneys for Plaintiff Brandi Martin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI MARTIN<br><br>            Plaintiff,<br><br>  v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERRIFF'S DEPARTMENT; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; WELLPATH MANAGEMENT, INC.; RAYMOND HERR, M.D.; SHERIFF BRIAN MARTIN; CAPTAIN NORM TAYLOR; OFFICER HANK COMSTOCK; SERGEANT FRANKLIN GUDMUNSON; OFFICER ERIL UDARBE; STACIE SPECIALS; JUDY ROBERTS; EMMA ELWOOD; and DOES 1-50;<br><br>            Defendants. | Case No.: 20-cv-05697EMC<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION** |

///

///

///

///

///

-1-

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION**

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that the above-referenced action be and hereby is dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: May 9, 2022   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: */s/ Michael D. Green*
Michael D. Green
Brian G. Lance
Attorneys for Plaintiff Brandi Martin

DATED: May 9, 2022   LAW OFFICES OF JEROME M. VARANINI

By: */s/ Jerome Varanini*
Jerome M. Varanini
Attorneys for Defendants California Forensic Medical Group, Inc.; Wellpath Management, Inc., & Raymond Herr, M.D., Stacie Specials, Judy Roberts, Emma Elwood and Eril Udarbe

DATED: May 9, 2022   MAYALL HURLEY, P.C.,

By: */s/ Mark E. Berry*
Mark E. Berry
Mayall Hurley
Shane Hoover
Attorneys for Defendant County of Lake

**STIPULATION RE: DISMISSAL OF ENTIRE ACTION**